UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62097-CIV-COHN/SELTZER

BRUCE STIMPSON,

Plaintiff,

vs.

HILLCREST DAVIDSON AND ASSOCIATES, LLC,

Defendant.
_______________________________________/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** is before the Court on Plaintiff's Response to the Court's February 2, 2016 Status Report Order. Plaintiff states that the parties have settled prior to Defendant's appearance in the suit. However, "Plaintiff respectfully requests that the Court retain jurisdiction and keep this case open until the last payment becomes due to address any issues that may arise with the enforcement of the agreement." [DE 9 at 1.]

The Court does not keep its cases open pending performance of parties' settlement agreements. However, upon request, the Court does retain jurisdiction over settlement agreements in closed cases and the parties may move to reopen a case should the need arise. The proper procedure once a case is settled is for parties to file a stipulation of dismissal under Federal Rule of Civil Procedure 41.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

On or before February 24, 2016, Plaintiff shall **SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Alternatively, Plaintiff may file an appropriate stipulation of dismissal with a request that the Court retain jurisdiction to

enforce the parties' settlement agreement. **Failure to comply with this order will result in dismissal of this suit for failure to prosecute**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this17th day of February, 2016.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.